# Office of Science & Technology
## 2.27.13 Personnel Chart

**Office of Science & Technology**

Betsy Southerland, OD

Jeff Lape, DOD

**Resources Management Information Staff**

Agnes Ortiz, Dir

Immediate Office Staff

**Engineering & Analysis Division**

Rob Wood, Dir

Lynn Zipf, Dep. Dir

- Economic & Environmental
Julie Hewitt, Chief

- Engineering & Analytical Support Branch
Jan Matuszko, Chief

- Technology & Statistics Support Branch
Jan Goodwin, Chief

**Health & Ecological Criteria Division**

Betsy Behl, Dir

Cindy Simbanin, Dep. Dir

- Human Health Risk Assessment Branch
Beth Doyle, Chief

- Ecological Risk Assessment Branch
Kathryn Gallagher, Chief

- Ecological & Health Protection Branch,
Dana Thomas, Chief

**Standards & Health Protection Division**

Sara Hisel-McCoy, Dir

Evelyn Washington, Dep. Dir

- National Water Quality Standards Branch
Grace Robiou, Chief

- Fish, Shellfish, Beach & Outreach Branch
Denise Hawkins, Chief

- Regional, State & Tribal Standards Support Branch
Corey Buffo, Chief